**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00182-CR
No. 05-13-00183-CR
No. 05-13-00184-CR
No. 05-13-00185-CR

**THOMAS EPPELSHEIMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71623-X, F11-71319-X, F11-71624-X, F11-71625-X**

## ORDER

The Court **ORDERS** court reporter Jan Cherie Williams to file, within **FIFTEEN DAYS**

of the date of this order, a supplemental record containing a copy of State's Exhibit no. 16, a CD.

In his brief, appellant raises issues related to the costs assessed against him. The records,

however, do not contain cost bills or other documents with itemized lists of costs assessed in the

cases.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN**

**DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of

the costs assessed in the cases, including but not limited to, specific court costs, fees, and court

appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) Jan Cherie Williams, official court reporter, Criminal District court No. 6; (2) Gary Fitzsimmons, Dallas County District Clerk; (3) the Dallas County District Clerk's Office, Criminal Records Division; and (4) to counsel for all parties.

/s/     LANA MYERS
         JUSTICE